UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

------------------------------------------------------------------

EDGAR GONZALEZ,

        Petitioner,

v.

TERRY A. TIBBALS, WARDEN,

        Respondent.

------------------------------------------------------------------

CASE NO. 1:13-CV-00014

OPINION & ORDER
[Resolving Doc. Nos. 1 & 5]

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

    On January 3, 2013, Petitioner Gonzalez filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 seeking relief for alleged constitutional violations that occurred during his jury trial and sentencing hearing in the Cuyahoga County Court of Common Pleas.[1] Under Local Rule 72.2, the Court referred the petition to Magistrate Judge George J. Limbert for a Report and Recommendation. On July 22, 2013, Petitioner filed a *pro se* motion to stay the habeas petition in abeyance until he exhausted his state remedies.[2]

    On November 27, 2013, Magistrate Judge Limbert recommended that this Court deny Petitioner's *pro se* motion for a stay and abeyance and dismiss with prejudice Petitioner's petition for a writ of habeas corpus.[3] The Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **DENIES** Petitioner's motion for a stay and abeyance, and **DISMISSES WITH PREJUDICE** Petitioner's writ of habeas corpus.

---

[1] Doc. 1.
[2] Doc. 5.
[3] Doc. 7.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection.[4] Parties must file any objections to a Report and Recommendation within fourteen days of service.[5] Failure to object within that time waives a party's right to appeal the magistrate judge's recommendation.[6] Absent objection, a district court may adopt the Magistrate Judge's report without review.[7] However, this Court has conducted its own review and agrees with the conclusions of the Magistrate Judge.

Accordingly, the Court **ADOPTS** in whole Magistrate Judge Limbert's Report and Recommendation and incorporates it fully herein by reference. The Court **DENIES** Petitioner's motion for a stay and abeyance, and further **DISMISSES WITH PREJUDICE** Petitioner's writ of habeas corpus. Moreover, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and no basis exists upon which to issue a certificate of appealability.[4]

IT IS SO ORDERED.


Dated: January 13, 2014                         s/     *James S. Gwin*
                                                JAMES S. GWIN
                                                UNITED STATES DISTRICT JUDGE

---

[4] 28 U.S.C. § 636(b)(1).
[5] Fed. R. Civ. P. 72(a).
[6] *See Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).
[7] *Thomas,* 474 U.S. at 149.
[4] 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).